United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-11490-amc
Amy Cox  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Apr 17, 2025      Form ID: 309A      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Amy Cox, 2200 Benjamin Franklin Pkwy Apt S514, Philadelphia, PA 19130-3648 |
| 14998721 | + | Marcus & Hoffman, 326 West State Street, Media, PA 19063-3862 |
| 14998725 | + | Opcity, Altus Receivables Management, 2121 Airline Drive Suite 520, Metairie, LA 70001-5987 |
| 14998730 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14998733 | + | Rivers Edge Condominium Association, 2301 Cherry Street, Philadelphia, PA 19103-1029 |
| 14998741 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Apr 18 2025 02:27:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: QLEFELDMAN.COM | Apr 18 2025 06:25:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Apr 18 2025 02:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 18 2025 06:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 18 2025 02:28:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14998706 | + | Email/Text: jvalencia@amhfcu.org | Apr 18 2025 02:28:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14998707 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2025 02:45:26 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14998708 | + | EDI: BANKAMER | Apr 18 2025 06:22:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14998709 | | EDI: TSYS2 | Apr 18 2025 06:22:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14998712 | | Email/Text: megan.harper@phila.gov | Apr 18 2025 02:28:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14998710 | | EDI: CAPITALONE.COM | Apr 18 2025 06:22:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14998711 | + | EDI: CITICORP | Apr 18 2025 06:22:00 | Citibank, Citicorp Cr Srvs/Centralized |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14998713 | | Email/Text: bankruptcy@philapark.org | Apr 18 2025 02:28:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14998714 | + | EDI: WFNNB.COM | Apr 18 2025 06:22:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14998715 | ^ | MEBN | Apr 18 2025 02:24:52 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 14998716 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 18 2025 02:27:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy, Mailstop 1290, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 14998717 | | EDI: CITICORP | Apr 18 2025 06:22:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14998718 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 18 2025 02:27:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14998719 | | EDI: IRS.COM | Apr 18 2025 06:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14998720 | | EDI: JPMORGANCHASE | Apr 18 2025 06:22:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14998722 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 18 2025 02:34:39 | Mohela/navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14998723 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 18 2025 02:34:36 | Mohelaservcn, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14998724 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:27:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |
| 14998727 | | Email/Text: fesbank@attorneygeneral.gov | Apr 18 2025 02:27:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14998732 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:27:00 | PNC Financial, Attn: Bankruptcy, 300Fifth Ave, Pittsburgh, PA 15222 |
| 14998726 | ^ | MEBN | Apr 18 2025 02:24:49 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14998728 | | EDI: PENNDEPTREV | Apr 18 2025 06:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14998729 | ^ | MEBN | Apr 18 2025 02:24:54 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14998731 | | Email/Text: bankruptcy@philapark.org | Apr 18 2025 02:28:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14998734 | | Email/Text: EBN@Mohela.com | Apr 18 2025 02:27:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14998735 | | EDI: SYNC | Apr 18 2025 06:22:00 | Syncb/c&b, Attn: Bankruptcy Dept, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14998736 | + | EDI: SYNC | Apr 18 2025 06:22:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998737 | + | EDI: SYNC | Apr 18 2025 06:22:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998738 | | EDI: SYNC | Apr 18 2025 06:22:00 | Synchrony Bank/Stein Mart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998739 | + | EDI: TDBANKNORTH.COM | Apr 18 2025 06:25:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 309A | Total Noticed: 44 |

| 14998740 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | Apr 18 2025 02:28:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14998742 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Apr 18 2025 02:45:30 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 14998743 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Apr 18 2025 02:35:06 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2025        Signature:    /s/Gustava Winters

| Information to identify the case: | | | | |
|---|---|---|---|---|
| **Debtor 1:** | Amy Cox | | Social Security number or ITIN: | xxx–xx–5497 |
| | First Name    Middle Name    Last Name | | EIN: __–_____ | |
| **Debtor 2:** (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | | Date case filed for chapter: | 7    4/16/25 |
| Case number: | 25-11490-amc | | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Amy Cox | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2200 Benjamin Franklin Pkwy Apt S514 Philadelphia, PA 19130-3648 | |
| 4. | **Debtor's attorney** Name and address | MICHAEL A. CIBIK Cibik Law, P.C. 1500 Walnut Street Suite 900 Philadelphia, PA 19102 | Contact phone 215-735-1060 Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee** Name and address | LYNN E. FELDMAN Lynn E. Feldman, Trustee 2310 Walbert Ave Ste 103 Allentown, PA 18104 | Contact phone 610-530-9285 Email: trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office -- 9:00 A.M. to 4:00 P.M; Reading Office -- 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408-2800<br><br>Date: 4/17/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 14, 2025 at 01:40 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635-2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/14/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**                          page **2**