## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br>　　AMY COX<br>　　　　DEBTOR(S)<br><br>CROSSCOUNTRY MORTGAGE, LLC<br>　　　　MOVANT<br>V.<br>AMY COX<br>　　　Debtor(s)<br>LYNN E. FELDMAN<br>　　　Trustee<br><br>　　　Respondent(s) | Chapter 7<br><br>Case Number: 25-11490-amc |

## CERTIFICATION OF CREDITOR REGARDING POST-PETITION PAYMENT HISTORY
## (NOTE AND MORTGAGE DATED JUNE 18, 2018)

____Chastity Wilson____ of full age, employed as ____Assistant Secretary____ by ____Nationstar Mortgage, LLC____, hereby certifies the following information:

Recorded on January 20, 2022, in Philadelphia County, as Document 53950573

Property Address: 2301 Cherry St., Apartment 3P, Philadelphia, PA 19103

Mortgage Holder: CrossCountry Mortgage, LLC

Mortgagors / Debtor: Amy Cox


POST-PETITION PAYMENTS (petition was filed: 04/16/2025)

| Date Payment Due | Amount Due | Amount Received | to/from suspense | Suspense Balance | Date Payment Posted |
|---|---|---|---|---|---|
| | | | | | |

Monthly payments past due:
　　　　2 x $2,002.93 (October 1, 2024 to November 1, 2024)
　　　　5 x $2,077.08 (December 1, 2024 to April 1, 2025)

(Monthly Payment) = $14,391.26 as of April 29, 2025

**AMOUNT HELD IN SUSPENSE (if any):**　　　　($0.00)

**TOTAL POST-PETITION DEFAULT:**　　　　$14,391.26

Each current monthly payment is comprised of:

| | |
|---|---:|
| Principal & Interest | $1,544.55 |
| Interest: | (included in figures above) |
| R.E. Taxes: | Included in other |
| Insurance | Included in other |
| Late Charge: | n/a |
| Other: | $532.53 (Escrow) |
| TOTAL | $2,077.08 |

Additionally, as of April 29, 2025, the total unpaid principal balance is $334,790.97. The total estimated payoff amount is $346,262.65.

I certify under penalty of perjury that the foregoing is true and correct.

_____May 29, 2025_____         *Chastity Wilson*
Date                                        Signature    Chastity Wilson
Assistant Secretary of
Nationstar Mortgage, LLC
Affiant