# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>    AMY COX<br>            DEBTOR(S)<br><br>    CROSSCOUNTRY MORTGAGE, LLC<br>                    MOVANT<br>        V.<br>    AMY COX<br>            Debtor(s)<br>    LYNN E. FELDMAN<br>            Trustee<br><br>            Respondent(s) | Chapter 13<br><br>Case Number:  25-11490-amc |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC §362, together with Order, Notice of Motion and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Amy Cox
2200 Benjamin Franklin Pkwy
Apt S514
Philadelphia, PA 19130-3648
*Debtor*

Amy Cox
2301 Cherry St.
Apartment 3P
Philadelphia, PA 19103
*Debtor*

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
*Debtor's Counsel*

Lynn E. Feldman
2310 Walbert Ave
Ste 103
Allentown, PA 18104
*Trustee*

05/30/2025

*By: /s/ **Brian  Nicholas***
Brian  Nicholas
brian.nicholas@mccalla.com