# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br>　　AMY COX<br>　　　　DEBTOR(S)<br><br>CROSSCOUNTRY MORTGAGE, LLC<br>　　　　MOVANT<br>　V.<br>AMY COX<br>　　　Debtor(s)<br>LYNN E. FELDMAN<br>　　　Trustee<br><br>　　　Respondent(s) | Chapter 7<br><br>Case Number: 25-11490-amc |

## CERTIFICATION OF NO OBJECTION

I, Brian Nicholas, Esq., of McCalla Raymer Leibert Pierce, LLP, attorneys for Movant, CROSSCOUNTRY MORTGAGE, LLC, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor, Trustee, or any other interested party to the Motion for Releif from the Stay filed on May 30, 2025 (Doc No. 11). The deadline for filing an objection or other response was June 13, 2025.

Date: 6/20/2025

　　　　　　　　　　　　　　　　　　　　MCCALLA RAYMER LEIBERT PIERCE, LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Brian Nicholas, Esq.
　　　　　　　　　　　　　　　　　　　　Brian Nicholas

　　　　　　　　　　　　　　　　　　　　McCalla Raymer Leibert Pierce, LLP
　　　　　　　　　　　　　　　　　　　　325-41 Chestnut Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania, 19106
　　　　　　　　　　　　　　　　　　　　Telephone: 248-999-4640
　　　　　　　　　　　　　　　　　　　　Brian.Nicholas@mccalla.com