# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br>  AMY COX<br>         DEBTOR(S)<br><br>  CROSSCOUNTRY MORTGAGE, LLC<br>         MOVANT<br>  V.<br>  AMY COX<br>         Debtor(s)<br>  LYNN E. FELDMAN<br>         Trustee<br><br>         Respondent(s) | Chapter 13<br><br>Case Number: 25-11490-amc |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the within Certification of No Objection, together with Order, Notice of Motion and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Amy Cox
2200 Benjamin Franklin Pkwy
Apt S514
Philadelphia, PA 19130-3648
*Debtor*

Amy Cox
2301 Cherry St.
Apartment 3P
Philadelphia, PA 19103
*Debtor*

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
*Debtor's Counsel*

Lynn E. Feldman
2310 Walbert Ave
Ste 103
Allentown, PA 18104
*Trustee*

MCCALLA RAYMER LEIBERT PIERCE, LLP

By: /s/ Brian Nicholas, Esq.
Brian Nicholas
Date: 6/20/2025
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania, 19106
Telephone: 248-999-4640
Brian.Nicholas@mccalla.com

DATED: 6/20/2025