**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: AMY COX : | |
| : | Chapter 7 |
| Debtor : | Case No. 25-11490 amc |

## NOTICE OF CHANGE FROM NO ASSET TO ASSET AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

**LYNN E. FELDMAN, ESQUIRE**, the Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar to file claims against the estate.

Dated: 7/7/2025          BY:   /s/ Lynn E. Feldman
                               LYNN E. FELDMAN, ESQUIRE
                               Chapter 7 Trustee
                               I.D.# 35996
                               FELDMAN LAW OFFICES, P.C.
                               2310 Walbert Ave., Ste 103
                               Allentown, PA 18104
                               Telephone: (610) 530-9285
                               Facsimile: (610) 437-7011
                               trustee.feldman@rcn.com