United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11490-amc |
| Amy Cox | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 07, 2025 | Form ID: 139 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Amy Cox, 2200 Benjamin Franklin Pkwy Apt S514, Philadelphia, PA 19130-3648 |
| cr | + | Rivers Edge Condominium Association, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14998721 | + | Marcus & Hoffman, 326 West State Street, Media, PA 19063-3862 |
| 14998725 | + | Opcity, Altus Receivables Management, 2121 Airline Drive Suite 520, Metairie, LA 70001-5987 |
| 14998730 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15000757 | + | River Edge Condominium Association, c/o Michelle J. Cunningham, Esquire, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14998733 | + | Rivers Edge Condominium Association, 2301 Cherry Street, Philadelphia, PA 19103-1029 |
| 14998741 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jul 08 2025 07:04:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jul 08 2025 03:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14998706 | + | Email/Text: jvalencia@amhfcu.org | Jul 08 2025 03:07:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14998707 | | Email/PDF: bncnotices@becket-lee.com | Jul 08 2025 03:05:37 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14998708 | + | EDI: BANKAMER | Jul 08 2025 07:04:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14998709 | | EDI: TSYS2 | Jul 08 2025 07:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14998712 | | Email/Text: megan.harper@phila.gov | Jul 08 2025 03:07:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14998710 | | EDI: CAPITALONE.COM | Jul 08 2025 07:04:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14998711 | + | EDI: CITICORP | Jul 08 2025 07:04:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14998713 | | Email/Text: bankruptcy@philapark.org | Jul 08 2025 03:07:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14998714 | + | EDI: WFNNB.COM | Jul 08 2025 07:04:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: 139 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14998715 | | ^ MEBN | Jul 08 2025 03:02:37 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 14998716 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 08 2025 03:07:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy, Mailstop 1290, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 14998717 | | EDI: CITICORP | Jul 08 2025 07:04:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14998718 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 08 2025 03:07:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14998719 | | EDI: IRS.COM | Jul 08 2025 07:04:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14998720 | | EDI: JPMORGANCHASE | Jul 08 2025 07:04:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14998734 | | Email/Text: EBN@Mohela.com | Jul 08 2025 03:07:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14998722 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 08 2025 03:05:34 | Mohela/navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14998723 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 08 2025 03:05:40 | Mohelaservcn, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14998724 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 08 2025 03:07:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |
| 14998727 | | Email/Text: fesbank@attorneygeneral.gov | Jul 08 2025 03:07:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14998732 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 08 2025 03:07:00 | PNC Financial, Attn: Bankruptcy, 300Fifth Ave, Pittsburgh, PA 15222 |
| 14998726 | | ^ MEBN | Jul 08 2025 03:02:36 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14998728 | | EDI: PENNDEPTREV | Jul 08 2025 07:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15007983 | | EDI: PENNDEPTREV | Jul 08 2025 07:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14998729 | | ^ MEBN | Jul 08 2025 03:02:33 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14998731 | | Email/Text: bankruptcy@philapark.org | Jul 08 2025 03:07:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14998735 | | EDI: SYNC | Jul 08 2025 07:04:00 | Syncb/c&b, Attn: Bankruptcy Dept, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14998736 | + | EDI: SYNC | Jul 08 2025 07:04:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998737 | + | EDI: SYNC | Jul 08 2025 07:04:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998738 | | EDI: SYNC | Jul 08 2025 07:04:00 | Synchrony Bank/Stein Mart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998739 | + | EDI: TDBANKNORTH.COM | Jul 08 2025 07:04:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 14998740 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 08 2025 03:07:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

| 14998742 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jul 08 2025 03:16:28 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 14998743 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jul 08 2025 03:16:42 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CrossCountry Mortgage LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Amy Cox help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Rivers Edge Condominium Association mcunningham@marcushoffman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Amy Cox
2200 Benjamin Franklin Pkwy Apt S514
Philadelphia, PA 19130−3648

Debtor(s)                                                                   Case No: 25−11490−amc

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−5497

_____

### *NOTICE OF NEED TO FILE PROOF OF CLAIM*
### *DUE TO RECOVERY OF ASSETS*

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 10/9/25

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 7/7/25

22
Form 139