United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11490-amc
Amy Cox  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jul 18, 2025      Form ID: 318      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Amy Cox, 2200 Benjamin Franklin Pkwy Apt S514, Philadelphia, PA 19130-3648 |
| 14998721 | + | Marcus & Hoffman, 326 West State Street, Media, PA 19063-3862 |
| 14998725 | + | Opcity, Altus Receivables Management, 2121 Airline Drive Suite 520, Metairie, LA 70001-5987 |
| 14998730 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14998733 | + | Rivers Edge Condominium Association, 2301 Cherry Street, Philadelphia, PA 19103-1029 |
| 14998741 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jul 19 2025 04:20:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jul 19 2025 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14998706 | + | Email/Text: jvalencia@amhfcu.org | Jul 19 2025 00:28:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14998707 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:31:14 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14998708 | + | EDI: BANKAMER | Jul 19 2025 04:17:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14998709 | | EDI: TSYS2 | Jul 19 2025 04:20:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14998712 | | Email/Text: megan.harper@phila.gov | Jul 19 2025 00:28:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15027535 | | Email/Text: megan.harper@phila.gov | Jul 19 2025 00:28:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 14998710 | | EDI: CAPITALONE.COM | Jul 19 2025 04:20:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14998711 | + | EDI: CITICORP | Jul 19 2025 04:20:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14998713 | | Email/Text: bankruptcy@philapark.org | Jul 19 2025 00:29:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14998714 | + | EDI: WFNNB.COM | Jul 19 2025 04:20:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14998715 | ^ | MEBN | Jul 19 2025 00:19:02 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 14998716 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 19 2025 00:28:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy, Mailstop 1290, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 14998717 | | EDI: CITICORP | Jul 19 2025 04:20:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14998718 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 19 2025 00:28:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14998719 | | EDI: IRS.COM | Jul 19 2025 04:20:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14998720 | | EDI: JPMORGANCHASE | Jul 19 2025 04:20:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14998734 | | Email/Text: EBN@Mohela.com | Jul 19 2025 00:28:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14998722 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 19 2025 00:32:19 | Mohela/navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14998723 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 19 2025 00:32:41 | Mohelaservcn, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14998724 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 19 2025 00:28:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |
| 14998727 | | Email/Text: fesbank@attorneygeneral.gov | Jul 19 2025 00:28:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14998732 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 19 2025 00:27:00 | PNC Financial, Attn: Bankruptcy, 300Fifth Ave, Pittsburgh, PA 15222 |
| 14998726 | ^ | MEBN | Jul 19 2025 00:19:06 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14998728 | | EDI: PENNDEPTREV | Jul 19 2025 04:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15007983 | | EDI: PENNDEPTREV | Jul 19 2025 04:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14998729 | ^ | MEBN | Jul 19 2025 00:19:12 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14998731 | | Email/Text: bankruptcy@philapark.org | Jul 19 2025 00:29:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14998735 | | EDI: SYNC | Jul 19 2025 04:20:00 | Syncb/c&b, Attn: Bankruptcy Dept, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14998736 | + | EDI: SYNC | Jul 19 2025 04:20:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998737 | + | EDI: SYNC | Jul 19 2025 04:20:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998738 | | EDI: SYNC | Jul 19 2025 04:20:00 | Synchrony Bank/Stein Mart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998739 | + | EDI: TDBANKNORTH.COM | Jul 19 2025 04:20:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 14998740 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 19 2025 00:28:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 318 | Total Noticed: 43 |

| 14998742 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jul 19 2025 00:43:51 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 14998743 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jul 19 2025 00:31:30 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jul 20, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CrossCountry Mortgage  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Amy Cox help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Rivers Edge Condominium Association mcunningham@marcushoffman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Amy Cox <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5497 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–11490–amc | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amy Cox

7/17/25

**By the court:**   Ashely M. Chan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**