## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| AMY COX | § | Case No. 25-11490-AMC |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/16/2025.   The undersigned trustee was appointed on 04/17/2025.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of $ 11,395.08

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 28.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 11,366.18 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 10/09/2025 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,889.51.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,889.51, for a total compensation of $1,889.51[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $18.25, for total expenses of $18.25[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:02/24/2026                          By:/s/LYNN E. FELDMAN, TRUSTEE
                                              Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 25-11490 | AMC | Judge: | Ashely M. Chan | Trustee Name: | LYNN E. FELDMAN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | AMY COX | | | | Date Filed (f) or Converted (c): | 04/16/2025 (f) |
| | | | | | 341(a) Meeting Date: | 05/14/2025 |
| For Period Ending: | 02/24/2026 | | | | Claims Bar Date: | 10/09/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2301 Cherry Street Apt 3P Philadelphia, Pa 19103 Philadelphia | 316,240.00 | 0.00 | | 0.00 | FA |
| 2.  2018 Jeep Grand Cherokee Mileage: 98000 Source Of Value: Kbb.Com | 7,691.00 | 0.00 | | 0.00 | FA |
| 3.  Various Used Pieces Of Furniture, Furnishings, Appliances, Linens, And Other, Similar Items, Each Valued At $600 Or Less. | 600.00 | 0.00 | | 0.00 | FA |
| 4.  Various Used Televisions, Mobile Devices, And Computers, Each Valued At $600, Or Less. | 400.00 | 0.00 | | 0.00 | FA |
| 5.  Various Used Articles Of Clothing, Shoes, And Accessories, Each Valued At $600, Or Less. | 300.00 | 0.00 | | 0.00 | FA |
| 6.  Various Used Pieces Of Jewelry. | 200.00 | 0.00 | | 0.00 | FA |
| 7.  Ally Bank Account Number: 8781 | 3,241.96 | 0.00 | | 0.00 | FA |
| 8.  Pnc Bank Account Number: 7632 | 1,864.47 | 0.00 | | 0.00 | FA |
| 9.  Ally Bank Account Number: 6975 | 0.25 | 0.00 | | 0.00 | FA |
| 10.  Tiaa | 69,245.00 | 0.00 | | 0.00 | FA |
| 11.  Vanguard | 41,330.00 | 0.00 | | 0.00 | FA |
| 12.  Wells Fargo | 10,508.00 | 0.00 | | 0.00 | FA |
| 13.  Pay Pal | 24.00 | 0.00 | | 0.00 | FA |
| 14.  Unscheduled commissions earned pre petition (u) | 18,448.40 | 4,341.76 | | 11,395.08 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $470,093.08 | $4,341.76 | | $11,395.08 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/7/25: debtor received post petition funds from pre petition real estate settlements that were not listed on the petition. Debtor to take an exemption and pay the non exempt portion to bankruptcy trustee in four installments.
7/15/25: spoke with atty, debtor sending first deposit
9/19/25: atty advised that debtor is being evicted and her september payment will be delayed until November 30, 2025.
12/1/25: debtor is having financial difficulties but payment will arrive by the end of December.
1/3/25: fees arrived, debtor working on the remaining fees

Exhibit A

Initial Projected Date of Final Report (TFR): 06/30/2026          Current Projected Date of Final Report (TFR): 06/30/2026

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: 25-11490 | Trustee Name: LYNN E. FELDMAN, TRUSTEE |
|---|---|
| Case Name: AMY COX | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1011 |
| | Checking |
| Taxpayer ID No: XX-XXX1336 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/24/2026 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/25 | 14 | AMY S COX PNC BANK PHILADELPHIA, PA | FIRST SETTLEMENT PAYMENT | 1229-000 | $3,000.00 | | $3,000.00 |
| 08/25/25 | 14 | AMY COX 2200 BENJAMIN FRANKLIN PKWY APT S514 PHILADELPHIA, PA  19130-3648 | SETTLEMENT PAYMENT | 1229-000 | $2,798.36 | | $5,798.36 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.40 | $5,791.96 |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.19 | $5,785.77 |
| 01/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.39 | $5,779.38 |
| 01/06/26 | 14 | PNC BANK CASHIERS CHECK AMY COX | PAYMENT OF NON EXEMPT | 1229-000 | $2,899.18 | | $8,678.56 |
| 01/21/26 | 14 | AMY COX PNC BANK CASHIERS CHECK | PAYMENT OF NON EXEMPT | 1229-000 | $2,697.54 | | $11,376.10 |
| 02/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.92 | $11,366.18 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,395.08 | $28.90 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,395.08 | $28.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,395.08 | $28.90 |

| Page Subtotals: | $11,395.08 | $28.90 |
|---|---|---|

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1011 - Checking | $11,395.08 | $28.90 | $11,366.18 |
| | $11,395.08 | $28.90 | $11,366.18 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,395.08 |
| Total Gross Receipts: | $11,395.08 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 25-11490-AMC                                                                                Date: February 24, 2026

Debtor Name: AMY COX

Claims Bar Date: 10/9/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | LYNN E. FELDMAN LYNN E. FELDMAN, TRUSTEE 2310 WALBERT AVE STE 103 ALLENTOWN, PA  18104 | Administrative | | $0.00 | $1,889.51 | $1,889.51 |
| 100 2200 | LYNN E. FELDMAN LYNN E. FELDMAN, TRUSTEE 2310 WALBERT AVE STE 103 ALLENTOWN, PA  18104 | Administrative | | $0.00 | $18.25 | $18.25 |
| 1P 280 5800 | PENNSYLVANIA DEPARTMENT OF REVENUE Bankruptcy Division PO Box 280946 Harrisburg, PA  17128-0946 | Priority | | $0.00 | $5,484.41 | $5,484.41 |
| 2 280 5800 | City Of Philadelphia Law Department Tax Litigation & Collections Unit 1401 John F. Kennedy Blvd. Room 580 Philadelphia, Pa 19102 | Priority | | $0.00 | $4,231.28 | $4,231.28 |
| 3P 280 5800 | INTERNAL REVENUE SERVICE Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA  19101-7346 | Priority | | $0.00 | $55,910.60 | $55,910.60 |
| 5 300 7100 | Jpmorgan Chase Bank, N.A. S/B/M/T Chase Bank Usa, N.A. C/O National Bankruptcy Services, Llc P.O. Box 9013 Addison, Texas 75001 | Unsecured | | $0.00 | $20,146.65 | $20,146.65 |
| 6 300 7100 | American Heritage Credit Union C/O Weltman, Weinberg & Reis Co., Lpa 5990 West Creek Rd, Suite 200 Independence, Oh 44131 | Unsecured | | $0.00 | $86,390.53 | $86,390.53 |
| 7 300 7100 | JEFFERSON CAPITAL SYSTEMS LLC Po Box 7999 Saint Cloud, Mn  56302-9617 | Unsecured | | $0.00 | $3,433.93 | $3,433.93 |
| 1U 380 7300 | PENNSYLVANIA DEPARTMENT OF REVENUE Bankruptcy Division PO Box 280946 Harrisburg, PA  17128-0946 | Unsecured | | $0.00 | $433.77 | $433.77 |

Printed: February 24, 2026

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-11490-AMC                                                                                    Date: February 24, 2026

Debtor Name: AMY COX

Claims Bar Date: 10/9/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3U 380 7300 | INTERNAL REVENUE SERVICE Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA  19101-7346 | Unsecured | | $0.00 | $7,169.08 | $7,169.08 |
| 4 400 4110 | Rivers Edge Condominium Association 2301 Cherry Street Philadelphia, Pa 19103 | Secured | | $0.00 | $9,459.98 | $9,459.98 |
| | Case Totals | | | $0.00 | $194,567.99 | $194,567.99 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: February 24, 2026

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 25-11490-AMC
Case Name: AMY COX
Trustee Name: LYNN E. FELDMAN, TRUSTEE

Balance on hand                                $        11,366.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Rivers Edge Condominium Association | $ 9,459.98 | $ 9,459.98 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors            $            0.00

Remaining Balance                                $        11,366.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYNN E. FELDMAN | $ 1,889.51 | $ 0.00 | $ 1,889.51 |
| Trustee Expenses: LYNN E. FELDMAN | $ 18.25 | $ 0.00 | $ 18.25 |

Total to be paid for chapter 7 administrative expenses    $        1,907.76

Remaining Balance                                $        9,458.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $65,626.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 5,484.41 | $ 0.00 | $ 790.44 |
| 2 | City Of Philadelphia Law Department | $ 4,231.28 | $ 0.00 | $ 609.84 |
| 3P | INTERNAL REVENUE SERVICE | $ 55,910.60 | $ 0.00 | $ 8,058.14 |

Total to be paid to priority creditors            $            9,458.42

Remaining Balance            $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $109,971.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Jpmorgan Chase Bank, N.A. | $ 20,146.65 | $ 0.00 | $ 0.00 |
| 6 | American Heritage Credit Union | $ 86,390.53 | $ 0.00 | $ 0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC | $ 3,433.93 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors            $            0.00

Remaining Balance            $            0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $7,602.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 433.77 | $ 0.00 | $ 0.00 |
| 3U | INTERNAL REVENUE SERVICE | $ 7,169.08 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors   $_____ 0.00

Remaining Balance   $_____ 0.00