**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | &#124; |
| | &#124;    **Chapter 7** |
| **COX, AMY** | &#124; |
| | &#124; |
| | &#124;    **Case No.  25-11490-AMC** |
| **Debtor(s)** | &#124; |

**ORDER OF DISTRIBUTION**

    **AND NOW**, this _____ day of _____, 2026, the

Trustee, <u>LYNN E. FELDMAN, TRUSTEE</u> is hereby ordered and directed to (i) distribute to the

parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts

indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires,

and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the

appeal period for this order expires, statements for all estate deposit or investment accounts

indicating zero balances and all cancelled checks corresponding to disbursements of estate funds

as shown in the Trustee's Final Report and Account.


_____

HONORABLE Ashely M. Chan
United States Bankruptcy Judge


DATED:_____