IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COX, AMY                                    CHAPTER 7

        Debtor(s)                    **Case No.** 25-11490-AMC

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT**

        AND NOW, this    day of           2026, upon consideration of the

Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS

HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge