**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

COX, AMY

Debtor(s)

| Chapter 7

| Case No.  25-11490-AMC

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed trustee of this bankruptcy estate on April 17, 2025.
2. Applicant has performed all duties of the trustee as prescribed by §704 of the Bankruptcy Code.
3. Applicant requests compensation in the amount of $1,889.51 for such services performed in accordance with §704 of the Bankruptcy Code.
4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by §326 of the Bankruptcy Code.
5. Applicant requests reimbursement in the amount of $18.25 for actual and necessary expenses incurred during the administration of this bankruptcy estate.
6. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $11,395.08.  Pursuant to §326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after April 16, 2025:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ | 5000 | = | $ 1,250.00 |
| 10% on next | $ | 45,000 | = | $ 639.51 |
| 5% on next | $ | 950,000 | = | $ 0.00 |
| 3% on balance over | $ | 1,000,000 | = | $ 0.00 |
| Less Previously Paid | | | = | $ 0.00 |
| Total Compensation | | | = | $ $1,889.51 |

7. TRUSTEE EXPENSES ITEMIZATION

| Description of Expense | | Amount of Expense |
|---|---|---|
| POSTAGE, COPYING | (1 x 18.25) | $ 18.25 |

**WHEREFORE**, Applicant requests approval of the payment of compensation in the amount of $1,889.51 and reimbursement of expenses in the amount of $18.25.

Dated:   March 31, 2026

/s/ Lynn E. Feldman
Lynn E. Feldman, Trustee