United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 25-11490-amc

Amy Cox                                                                                             Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                        Page 1 of 3

Date Rcvd: Mar 31, 2026                      Form ID: pdf901                                 Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Amy Cox, 2200 Benjamin Franklin Pkwy Apt S514, Philadelphia, PA 19130-3648 |
| cr | + | Rivers Edge Condominium Association, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14998721 | + | Marcus & Hoffman, 326 West State Street, Media, PA 19063-3862 |
| 14998722 | + | Mohela/navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14998725 | + | Opcity, Altus Receivables Management, 2121 Airline Drive Suite 520, Metairie, LA 70001-5987 |
| 14998727 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14998730 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15000757 | + | River Edge Condominium Association, c/o Michelle J. Cunningham, Esquire, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14998733 | + | Rivers Edge Condominium Association, 2301 Cherry Street, Philadelphia, PA 19103-1029 |
| 14998741 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15040728 | + | Email/Text: BKRMailOps@weltman.com | Apr 01 2026 00:31:00 | AMERICAN HERITAGE CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 14998706 | + | Email/Text: jvalencia@amhfcu.org | Apr 01 2026 00:31:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14998707 | | Email/PDF: bncnotices@becket-lee.com | Apr 01 2026 00:40:47 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14998708 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 01 2026 00:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14998709 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 01 2026 00:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14998712 | | Email/Text: megan.harper@phila.gov | Apr 01 2026 00:31:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15027535 | | Email/Text: megan.harper@phila.gov | Apr 01 2026 00:31:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 14998710 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2026 00:40:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14998711 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2026 00:40:49 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 31, 2026 | Form ID: pdf901 | Total Noticed: 46

| | | | | |
|---|---|---|---|---|
| 14998713 | | Email/Text: bankruptcy@philapark.org | Apr 01 2026 00:31:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14998714 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2026 00:31:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14998715 | ^ | MEBN | Apr 01 2026 00:24:07 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 14998716 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 01 2026 00:31:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy, Mailstop 1290, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 14998717 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2026 00:40:42 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14998718 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 01 2026 00:31:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14998719 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2026 00:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15050056 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 01 2026 00:31:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15037408 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 01 2026 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14998720 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 01 2026 00:40:47 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14998734 | | Email/Text: EBN@Mohela.com | Apr 01 2026 00:31:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14998723 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 01 2026 00:40:47 | Mohelaservcn, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14998724 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 01 2026 00:31:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |
| 14998732 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2026 00:31:00 | PNC Financial, Attn: Bankruptcy, 300Fifth Ave, Pittsburgh, PA 15222 |
| 14998726 | ^ | MEBN | Apr 01 2026 00:24:05 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14998728 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 01 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15007983 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 01 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14998729 | ^ | MEBN | Apr 01 2026 00:24:08 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14998731 | | Email/Text: bankruptcy@philapark.org | Apr 01 2026 00:31:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14998735 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 01 2026 00:40:54 | Syncb/c&b, Attn: Bankruptcy Dept, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14998736 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 01 2026 00:40:54 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998737 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 01 2026 00:40:40 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14998738 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 01 2026 00:40:47 | Synchrony Bank/Stein Mart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

District/off: 0313-2    User: admin    Page 3 of 3

Date Rcvd: Mar 31, 2026    Form ID: pdf901    Total Noticed: 46

| 14998739 | + Email/Text: bankruptcy@td.com | | |
| | | Apr 01 2026 00:31:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 14998740 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | Apr 01 2026 00:31:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14998742 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Apr 01 2026 00:40:40 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 14998743 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Apr 01 2026 00:40:40 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CrossCountry Mortgage  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Amy Cox help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Rivers Edge Condominium Association mcunningham@marcushoffman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| AMY COX | § | Case No. 25-11490-AMC |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LYNN E. FELDMAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
for the Eastern District of Pennsylvania
Robert N.C. Nix Federal Building, 900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 p.m. on April 29, 2026 in Courtroom #4,,

United States Courthouse
Robert N.C. Nix, Sr. Federal Courthouse

900 Market Street
Philadelphia, PA 19107

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/31/2026                    By: LYNN E. FELDMAN
                                                                    TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*2310 WALBERT AVE.*
*SUITE 103*
*ALLENTOWN, PA 18104*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| In Re: | § | |
| | § | |
| AMY COX | § | Case No. 25-11490-AMC |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,395.08 |
| and approved disbursements of | $ | 28.90 |
| leaving a balance on hand of[1] | $ | 11,366.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Rivers Edge Condominium Association | $ 9,459.98 | $ 9,459.98 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 11,366.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYNN E. FELDMAN | $ 1,889.51 | $ 0.00 | $ 1,889.51 |
| Trustee Expenses: LYNN E. FELDMAN | $ 18.25 | $ 0.00 | $ 18.25 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,907.76 |
| Remaining Balance | $ | 9,458.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $65,626.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 5,484.41 | $ 0.00 | $ 790.44 |
| 2 | City Of Philadelphia Law Department | $ 4,231.28 | $ 0.00 | $ 609.84 |
| 3P | INTERNAL REVENUE SERVICE | $ 55,910.60 | $ 0.00 | $ 8,058.14 |

Total to be paid to priority creditors                                    $         9,458.42

Remaining Balance                                                        $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $109,971.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Jpmorgan Chase Bank, N.A. | $ 20,146.65 | $ 0.00 | $ 0.00 |
| 6 | American Heritage Credit Union | $ 86,390.53 | $ 0.00 | $ 0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC | $ 3,433.93 | $ 0.00 | $ 0.00 |

|  | | | | |
|---|---|---|---|---|
| Total to be paid to timely general unsecured creditors | | | $ | 0.00 |
| Remaining Balance | | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $7,602.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 433.77 | $ 0.00 | $ 0.00 |
| 3U | INTERNAL REVENUE SERVICE | $ 7,169.08 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By:  LYNN E. FELDMAN

TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*2310 WALBERT AVE.*
*SUITE 103*
*ALLENTOWN, PA 18104*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.