**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Amy Cox,                                        Chapter 7

       Debtor                           Case No.25-11490

## PRAECIPE TO AMEND ADDRESS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 2200 Benjamin Franklin Parkway<br>Apt. S514<br>Philadelphia, PA 19130 | 724 Wolcott Drive<br>Unit B<br>Philadelphia, PA 19118 |

Date: April 21, 2026                 CIBIK LAW, P.C.
                                     Attorney for Debtor


By: /s/ Michael A. Cibik
    Michael A. Cibik, Esquire
    Attorney I.D. 23110
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    P: 215-735-1060/F: 215-735-6769
    E:  cibik@cibiklaw.com