United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-11490-amc

Amy Cox                                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 01, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Cox, 724 Wolcott Drive Unit B, Philadelphia, PA 19118-4326 |
| cr | + | Rivers Edge Condominium Association, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 02 2026 02:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2026 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

BRIAN CRAIG NICHOLAS

    on behalf of Creditor CrossCountry Mortgage  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

LYNN E. FELDMAN

    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 01, 2026                       Form ID: pdf900                               Total Noticed: 4

MICHAEL A. CIBIK
                    on behalf of Debtor Amy Cox help@cibiklaw.com
                    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                    m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE J. CUNNINGHAM
                    on behalf of Creditor Rivers Edge Condominium Association mcunningham@marcushoffman.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | \| | |
| | \| | **Chapter 7** |
| COX, AMY | \| | |
| | \| | |
| | \| | **Case No.  25-11490-AMC** |
| Debtor(s) | \| | |

## ORDER OF DISTRIBUTION

AND NOW, this 30th day of April, 2026, the Trustee, LYNN E. FELDMAN, TRUSTEE is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

HONORABLE Ashely M. Chan
United States Bankruptcy Judge

DATED: April 30, 2026