UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re: §
§
AMY COX § Case No. 25-11490-AMC
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LYNN E. FELDMAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 446,903.68                    Assets Exempt: 11,794.32
(Without deducting any secured claims)

Total Distributions to Claimants: 9,458.42      Claims Discharged
                                                Without Payment: 593,458.83

Total Expenses of Administration: 1,936.66

3) Total gross receipts of $11,395.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,395.08 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $343,166.00 | $9,459.98 | $9,459.98 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,936.66 | 1,936.66 | 1,936.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 57,953.00 | 65,626.29 | 65,626.29 | 9,458.42 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 190,091.00 | 117,573.96 | 117,573.96 | 0.00 |
| TOTAL DISBURSEMENTS | $591,210.00 | $194,596.89 | $194,596.89 | $11,395.08 |

4)  This case was originally filed under chapter 7 on 04/16/2025.  The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/08/2026 _____          By:/s/LYNN E. FELDMAN, TRUSTEE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unscheduled commissions earned pre petition | 1229-000 | 11,395.08 |
| **TOTAL GROSS RECEIPTS** | | **$11,395.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage Ll, Po Box 612488 Dallas, TX 75261 | | 334,790.00 | NA | NA | 0.00 |
| 4 | Rivers Edge Condominium Association | 4110-000 | 8,376.00 | 9,459.98 | 9,459.98 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$343,166.00** | **$9,459.98** | **$9,459.98** | **$0.00** |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LYNN E. FELDMAN | 2100-000 | NA | 1,889.51 | 1,889.51 | 1,889.51 |
| LYNN E. FELDMAN | 2200-000 | NA | 18.25 | 18.25 | 18.25 |
| Axos Bank | 2600-000 | NA | 28.90 | 28.90 | 28.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $1,936.66 | $1,936.66 | $1,936.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | City Of Philadelphia Law Department | 5800-000 | NA | 4,231.28 | 4,231.28 | 609.84 |
| 3P | INTERNAL REVENUE SERVICE | 5800-000 | 57,953.00 | 55,910.60 | 55,910.60 | 8,058.14 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | PENNSYLVANIA DEPARTMENT OF REVENUE | 5800-000 | NA | 5,484.41 | 5,484.41 | 790.44 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $57,953.00 | $65,626.29 | $65,626.29 | $9,458.42 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, Attn: Bankruptcy 4909 Savarese Circle Tampa, FL 33634 | | 879.00 | NA | NA | 0.00 |
| | Cornerstone, PO Box 82561 Lincoln, NE 68501 | | 79,871.00 | NA | NA | 0.00 |
| | Penn Medicine, PO Box 824406 Philadelphia, PA 19182 | | 819.00 | NA | NA | 0.00 |
| | Synchrony Bank/HHGregg, Attn: Bankruptcy PO Box 965060 Orlando, FL 32896 | | 3,358.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | American Heritage Credit Union | 7100-000 | 85,374.00 | 86,390.53 | 86,390.53 | 0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | 3,497.00 | 3,433.93 | 3,433.93 | 0.00 |
| 5 | Jpmorgan Chase Bank, N.A. | 7100-000 | 16,293.00 | 20,146.65 | 20,146.65 | 0.00 |
| 3U | INTERNAL REVENUE SERVICE | 7300-000 | NA | 7,169.08 | 7,169.08 | 0.00 |
| 1U | PENNSYLVANIA DEPARTMENT OF REVENUE | 7300-000 | NA | 433.77 | 433.77 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $190,091.00 | $117,573.96 | $117,573.96 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 25-11490 | AMC |
| Case Name: | AMY COX | |
| For Period Ending: | 07/08/2026 | |

| | |
|---|---|
| Judge: | Ashely M. Chan |

| | |
|---|---|
| Trustee Name: | LYNN E. FELDMAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/16/2025 (f) |
| 341(a) Meeting Date: | 05/14/2025 |
| Claims Bar Date: | 10/09/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2301 Cherry Street Apt 3P Philadelphia, Pa 19103 Philadelphia | 316,240.00 | 0.00 | | 0.00 | FA |
| 2. 2018 Jeep Grand Cherokee Mileage: 98000 Source Of Value: Kbb.Com | 7,691.00 | 0.00 | | 0.00 | FA |
| 3. Various Used Pieces Of Furniture, Furnishings, Appliances, Linens, And Other, Similar Items, Each Valued At $600 Or Less. | 600.00 | 0.00 | | 0.00 | FA |
| 4. Various Used Televisions, Mobile Devices, And Computers, Each Valued At $600, Or Less. | 400.00 | 0.00 | | 0.00 | FA |
| 5. Various Used Articles Of Clothing, Shoes, And Accessories, Each Valued At $600, Or Less. | 300.00 | 0.00 | | 0.00 | FA |
| 6. Various Used Pieces Of Jewelry. | 200.00 | 0.00 | | 0.00 | FA |
| 7. Ally Bank Account Number: 8781 | 3,241.96 | 0.00 | | 0.00 | FA |
| 8. Pnc Bank Account Number: 7632 | 1,864.47 | 0.00 | | 0.00 | FA |
| 9. Ally Bank Account Number: 6975 | 0.25 | 0.00 | | 0.00 | FA |
| 10. Tiaa | 69,245.00 | 0.00 | | 0.00 | FA |
| 11. Vanguard | 41,330.00 | 0.00 | | 0.00 | FA |
| 12. Wells Fargo | 10,508.00 | 0.00 | | 0.00 | FA |
| 13. Pay Pal | 24.00 | 0.00 | | 0.00 | FA |
| 14. Unscheduled commissions earned pre petition (u) | 18,448.40 | 4,341.76 | | 11,395.08 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $470,093.08 | $4,341.76 | | $11,395.08 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

7/7/25: debtor received post petition funds from pre petition real estate settlements that were not listed on the petition. Debtor to take an exemption and pay the non exempt portion to bankruptcy trustee in four installments.
7/15/25: spoke with atty, debtor sending first deposit
9/19/25: atty advised that debtor is being evicted and her september payment will be delayed until November 30, 2025.
12/1/25: debtor is having financial difficulties but payment will arrive by the end of December.
1/3/25: fees arrived, debtor working on the remaining fees

Initial Projected Date of Final Report (TFR): 06/30/2026          Current Projected Date of Final Report (TFR): 06/30/2026

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 25-11490
Case Name: AMY COX

Taxpayer ID No: XX-XXX1336
For Period Ending: 07/08/2026

Trustee Name: LYNN E. FELDMAN, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1011
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/25 | 14 | AMY S COX<br>PNC BANK<br>PHILADELPHIA, PA | FIRST SETTLEMENT PAYMENT | 1229-000 | $3,000.00 | | $3,000.00 |
| 08/25/25 | 14 | AMY COX<br>2200 BENJAMIN FRANKLIN PKWY APT S514<br>PHILADELPHIA, PA 19130-3648 | SETTLEMENT PAYMENT | 1229-000 | $2,798.36 | | $5,798.36 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.40 | $5,791.96 |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.19 | $5,785.77 |
| 01/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.39 | $5,779.38 |
| 01/06/26 | 14 | PNC BANK<br>CASHIERS CHECK<br>AMY COX | PAYMENT OF NON EXEMPT | 1229-000 | $2,899.18 | | $8,678.56 |
| 01/21/26 | 14 | AMY COX<br>PNC BANK CASHIERS CHECK | PAYMENT OF NON EXEMPT | 1229-000 | $2,697.54 | | $11,376.10 |
| 02/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.92 | $11,366.18 |
| 05/25/26 | 5001 | LYNN E. FELDMAN<br>LYNN E. FELDMAN, TRUSTEE<br>2310 WALBERT AVE<br>STE 103<br>ALLENTOWN, PA 18104 | Distribution | | | $1,907.76 | $9,458.42 |
| | | LYNN E. FELDMAN | Final distribution creditor account # representing a payment of 100.00% per court order. ($1,889.51) | 2100-000 | | | |
| | | LYNN E. FELDMAN | Final distribution creditor account # representing a payment of 100.00% per court order. ($18.25) | 2200-000 | | | |

Page Subtotals: $11,395.08 $1,936.66

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 25-11490

Case Name: AMY COX

Taxpayer ID No: XX-XXX1336

For Period Ending: 07/08/2026

Trustee Name: LYNN E. FELDMAN, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1011

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/26 | 5002 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | Final distribution to claim 1 creditor account # representing a payment of 14.41% per court order. | 5800-000 | | $790.44 | $8,667.98 |
| 05/25/26 | 5003 | City Of Philadelphia Law Department Tax Litigation & Collections Unit<br>1401 John F. Kennedy Blvd. Room 580<br>Philadelphia, Pa 19102 | Final distribution to claim 2 creditor account # representing a payment of 14.41% per court order. | 5800-000 | | $609.84 | $8,058.14 |
| 05/28/26 | 5004 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 3 creditor account # representing a payment of 14.41% per court order. | 5800-000 | | $8,058.14 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,395.08 | $11,395.08 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,395.08 | $11,395.08 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,395.08 | $11,395.08 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals:               $0.00        $9,458.42

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1011 - Checking | $11,395.08 | $11,395.08 | $0.00 |
| | $11,395.08 | $11,395.08 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,395.08 |
| Total Gross Receipts: | $11,395.08 |

Page Subtotals:                         $0.00              $0.00