**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    CHAPTER 7

COX, AMY

                      Debtor(s)                 Case No. 25-11490-AMC

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE**

AND NOW, this      day of                       2026, upon consideration of the

Trustee's Final Report and Account, it appearing that the Trustee has made payments to all

creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no

longer holding any funds in trust in this proceeding, it is herby

ORDERED AND DECREED that the Trustee's Final Account is approved, and

the Trustee is hereby discharged from her trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge